HARRY J. MACKLIS, Appellant, v. ACADEMY OF SAINT JOSEPH, Also Known as SAINT JOSEPH'S ACADEMY, Also Known as ACADEMY OF SAINT JOSEPH, BRENTWOOD, SISTERS OF SAINT JOSEPH, Respondents, and AMERICAN CREDIT BUREAU, Defendant.— Action for legal services alleged to have been rendered to the respondents in relation to the prosecution of certain actions on their behalf. Order dated May 22, 1939, denying plaintiff's motion to examine respondents before trial reversed on the law and the facts, with ten dollars costs and disbursements, and the motion granted, without costs, the examination to proceed on five days' notice. The proof sought to be adduced is in support of allegations of the complaint which have been put in issue by the respondents. Under the settled rule plaintiff is entitled to such an examination. There is nothing indicative of bad faith on the part of the plaintiff. A conclusion of bad faith cannot be predicated upon respondents' belief that plaintiff's claim is ill-founded. Whether it is or not is a matter for determination on the trial of this action. The appeal from order dated June 7, 1939, is dismissed, without costs. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VITO BRANCATO, Appellant.— Appeal by defendant from a judgment of the County Court of Kings county convicting him of the crime of criminally receiving stolen property (Penal Law, § 1308) and sentencing him to a term of imprisonment of one year in the New York County Penitentiary. Judgment unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM HARRIS, True Name ABE BARONOFSKY, Appellant.— Judgment of the County Court of Kings county convicting the defendant of the crimes of grand larceny in the first degree, attempted grand larceny in the first degree and conspiracy to commit the crime of grand larceny in the first degree, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES MAY, Appellant.— Judgment of the [a] Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the defendant of the crime of unlawfully maintaining and operating a lottery in violation of sections 1370–1373 and section 1376 of article 130 of the Penal Law, reversed on the law and a new trial ordered. The Court of Special Sessions in this case, consisting of but one justice, was without jurisdiction. (Inferior Criminal Courts Act, §§ 3, 34.) Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.